IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN PAUL JONES,

    Plaintiff,

vs.                                                                                                                                                         No. CIV 19-0477 JB\JHR

ALEX AZAR, Secretary
Department of Health and Human
Services,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed March 20, 2020 (Doc. 56)("MOO").  In the MOO, the Court grants summary judgment in Defendant Alex Azar's favor and dismisses this case with prejudice.  <u>See</u> MOO at 22-23.  Because the MOO disposes all issues, parties, and claims before the Court, the Court now enters Final Judgment in this matter.

**IT IS ORDERED** that: (i) this case is dismissed with prejudice; and (ii) Final Judgment is entered.

                                                                                             _____
                                                                                            UNITED STATES DISTRICT JUDGE

*Parties and Counsel:*

John Paul Jones
Albuquerque, New Mexico

    *Plaintiff pro se*

John C. Anderson
  United States Attorney
Erin Langenwalter
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant*